C. Ray Lundberg, AZ State Bar No.: 025605
**MOHAVE LAW PLLC**
2020 Silver Creek Road, Suite 102C
Bullhead City, Arizona 86442
Tele: (928) 263-2026
ray@mohavelawaz.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA (TUCSON)

| | |
|---|---|
| **Brandon Land,** an individual, <br><br> Plaintiff, <br><br> v. <br><br> **SCG-Northpointe LLC,** a limited liability company, <br><br> Defendant. | **Case No. 4:23-cv-00370-JCH** <br><br> **NOTICE OF SETTLEMENT AND INTENDED VOLUNTARY DISMISSAL BY THE PLAINTIFF** <br><br> **Assigned to the:** <br> **Honorable** John C. Hinderaker |

Plaintiff and Defendant, by and through the undersigned counselors, are pleased to announce the Parties have reached a settlement in this Matter. Upon execution of a confidential settlement agreement and exchange of funds, Plaintiff will move for dismissal under Rule 41(a)(1)(A)(2) of the Federal Rules of Civil Procedure. Pursuant to this Notice, the Parties Jointly request the Court stay all pending deadlines in this matter.

**RESPECTFULLY SUBMITTED,** this 20th day of October 2023.

| **SMITH & WAMSLEY** | **MOHAVE LAW PLLC** |
|---|---|
| /s/Sean K. Moynihan <br> Sean K. Moynihan | /s/C. Ray Lundberg <br> C. Ray Lundberg |

- 1

One copy e-filed this
20th day of October 2023 with:

United States District Court (District of Arizona)
405 West Congress Street, Suite 1500
Tucson, Arizona 85701

Conformed Copy emailed this
20th day of October 2023 to:

Sean K. Moynihan
Smith & Wamsley
5285 East Williams Circle, Suite 2000-11
Tucson, Arizona 85711

C. Ray Lundberg
Mohave Law PLLC
2020 Silver Creek Road, Suite C-102
Bullhead City, Arizona 86442


By:     /s/ C. Ray Lundberg___