IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brandon Land,<br><br>    Plaintiff,<br><br>v.<br><br>SCG Northpointe LLC,<br><br>    Defendant. | No. CV-23-00370-TUC-JCH<br><br>**ORDER** |

On October 20, 2023, the parties filed a notice of settlement. Doc. 6.

Accordingly,

**IT IS ORDERED DIRECTING** the parties to file a dismissal document or submit a status report no later than **December 15, 2023**.

Dated this 1st day of December, 2023.

John C. Hinderaker
United States District Judge